UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZOLA H., et al.,

    Plaintiffs,

v.                                Case No. 12-14073

RICK SNYDER, et al.,

    Defendants.
                                              /

**SECOND STIPULATED ORDER TO EXTEND TIME FOR RESPONSIVE PLEADINGS**

On December 11, 2012, the parties participated in an off-the-record telephonic conference. Defendants claim that state court litigation has occurred regarding the issues presented in this case and that the documents resulting from that litigation are relevant to their forthcoming motion to dismiss. Defendants request an extension to the responsive-pleading deadline so that they may obtain and incorporate those documents into their motion to dismiss. Plaintiffs stipulate to the extension. Accordingly,

IT IS ORDERED that Defendants are DIRECTED to file a responsive pleading to Plaintiffs' complaint on or before **February 8, 2013**. The responsive pleading shall be an answer to Plaintiffs' complaint, a motion to dismiss, or both if deemed necessary. Plaintiffs are DIRECTED to file a response by **April 5, 2013**. Defendants may file an optional reply by **May 10, 2013**.

                                                   s/Robert H. Cleland
                                                   ROBERT H. CLELAND
                                                   UNITED STATES DISTRICT JUDGE

Dated: December 13, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 13, 2012, by electronic and/or ordinary mail.

                                               s/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (313) 234-5522